# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2021-019972-CA-01

**JIMMY LEE KNIGHT,**

    Plaintiff,

vs.

**WALMART STORES EAST, LP.,**

    Defendant.

_____/

## AMENDED COMPLAINT NAMING PROPER PARTY IN INTEREST

COMES NOW, Plaintiff, **Jimmy Lee Knight**, by and through his undersigned attorney, and files this Amended Complaint Naming Proper Party In Interest, and sues Defendant, **Walmart Stores East, LP.,** and in accordance therewith, alleges as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) and is therefore within the jurisdiction of this Court.

2. At all times material hereto, Plaintiff, Jimmy Lee Knight ("Knight"), was and is a resident of Miami-Dade County, Florida, and is otherwise sui juris.

3. At all times material hereto, Defendant, **Walmart Stores East, LP.**, was and is a foreign corporation, authorized to, operating, and conducting business in the State of Florida, and more particularly, in Miami-Dade County, Florida, and is therefore subject to the jurisdiction of this Court.

4. All actions giving rise to this cause of action occurred in Miami-Dade County, Florida.

## COUNT I: NEGLIGENCE

5. Plaintiff, Knight, readopts and reavers all those allegations contained in Paragraphs one through four of this Complaint as if fully set forth herein.

6. On or about May 20, 2018, Defendant, **Walmart Stores East, LP.**, was the owner and operator of Walmart Store Number 2091, located in Miami-Dade County, Florida.

7. On said date, Plaintiff, Knight, was a guest and/or invitee on the above-mentioned premises, shopping for goods in the store.

8. While on Defendant's premises, an employee of the Defendant negligently pushed a dolly/cart loaded with product into the foot and ankle area of the Plaintiff. The employee was at all times material hereto acting within the course and scope of her employment with the Defendant and had the permission and consent of the Defendant to push the dolly/cart in the store.

9. Defendant is liable for the negligence of its employees acting within the course and scope of their employment.

10. As a result of Plaintiff being run into by the Defendant's dolly/cart, he was caused to suffer severe and permanent injuries to his body.

11. As a direct and proximate result of the negligence of the Defendant as alleged herein, Plaintiff, Knight, was caused to suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **Jimmy Lee Knight**, demands compensatory damages from the Defendant, **Walmart Stores East, LP.**, a trial by jury of all issues so triable, and any other relief this Honorable Court deems proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically to: **Christine M. Manzo, Esq.** and **Nicholas G. Neville, Esq.**, service@lgplaw.com, cmm@lgplaw.com, ngn@lgplaw.com, sgs@lgplaw.com, ars@lgplaw.com, kfm@lgplaw.com, on this **17th** day of **September, 2021.**

**BERGER & HICKS, P.A.**
Attorneys for Plaintiff
9700 S. Dixie Highway, Suite 850
Miami, Florida 33156
E-mail: mberger@bergerhicks.com
Telephone: (305) 670-7050
Facsimile: (305) 670-7060

*/s/ Martin I. Berger*
Martin I. Berger, Esq.
Florida Bar No. 959472
Service Email: Litigation@bergerhicks.com